Submitted on record and briefs October 3, reversed and remanded
November 13, 1996

In the Matter of Bonnie Teehee,
Alleged to be a Mentally Ill Person.

### STATE OF OREGON,
*Respondent,*

*v.*

### BONNIE TEEHEE,
*Appellant.*

(C950057MC; CA A91037)

926 P2d 336

Theresa M. Kohlhoff filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jas. Adams, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.